UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANA PATRICIA CERDA-CARDENAS, Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-109 |
| E.M. TROMINSKI, ET AL., Respondent. | § § § | |

## ORDER

The above styled cause of action is hereby held in abeyance until the Fifth Circuit Court of Appeals rules on the issue of the constitutionality of Section 236(c) of the Immigration and Natuaralization Act (8 U.S.C. Section 1226(c)).

DONE at Brownsville, Texas this  18th  day of  December , 2002.

_____
Felix Recio
United States Magistrate Judge