United States District Court
Southern District of Texas
FILED

JAN 0 2 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANA PATRICIA CERDA-CARDENAS, )
)
v. ) C.A. B-02-109
)
E.M. TROMINSKI, et al. )
)

**PETITIONER'S UNOPPOSED MOTION REQUESTING COURT
TO VACATE ORDER HOLDING CASE IN ABEYANCE**

Ana Patricia Cerda-Cardenas ("Ms. Cerda"), through counsel, hereby files the instant, unopposed, motion, requesting that the Court vacate its Order of December 18, 2002, holding the instant case in abeyance "until the Fifth Circuit Court of Appeals rules on the issue of the constitutionality of Section 236(c) of the Immigration and Nationality Act, (8 U.S.C. Section 1226(c)).

In support thereof, Petitioner would respectfully advise the Court that the detention complained of herein does not derive from 8 U.S.C. §1226(c). Petitioner is being held as an "arriving alien," and has not been arrested on a warrant issued by the Attorney General, a prerequisite to detention under that section. 8 U.S.C. §1226(a). Rather, Ms. Cerda is a member of the putative class in *Hernandez-Leija et al v. Trominski et al*, CA B-01-206, and has a pending motion to consolidate her case with that action. [1]

The undersigned consulted with Lisa Putnam, SAUSA, who stated that the Respondents are not opposed to the request that the Court's Order holding the instant case in abeyance be vacated.

Respectfully Submitted,

_____

---

[1] Respondents never filed an opposition to that motion.

Lisa S. Brodyaga, Attorney          Thelma O. Garcia, Attorney
17891 Landrum Park Road             301 E. Madison
San Benito, TX 78586                Harlingen, TX 78550
(956) 421-3226                      (956) 425-3701
(956) 421-3423 (fax)                (956) 428-3731 (fax)
Fed. ID.  1178
Texas Bar 03052800

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first-class postage prepaid, to Lisa Putnam, SAUSA, P.O. Box 1711, Harlingen, Texas 78551, on January 2, 2003.

