UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 0 9 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ANA PATRICIA CERDA-CARDENAS, | ) |
| | ) |
| v. | ) C.A. B-02-109 |
| | ) |
| E.M. TROMINSKI, et al. | ) |
| | ) |

**ORDER GRANTING MOTION TO VACATE ORDER OF DECEMBER 18, 2002**

Upon consideration of Petitioner's unopposed motion to vacate the Court's Order of December 18, 2002, which Order holds the instant case in abeyance, and good cause appearing therefor,

IT IS HEREBY ORDERED, that said motion be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the Order of December 18, 2002, be, and the same hereby is, VACATED, and that the case is restored to the active docket of the Court.

DONE at Brownsville, Texas

this ___8th___ day of ___January___, 2003.

_____